UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CATHLEEN L. FORTSON,

       Plaintiff,                                    Civil No. 07-311-AS

       v.                                              O R D E R

COMMISSIONER,
Social Security Administration,

       Defendant.

HAGGERTY, Chief Judge:

       Magistrate Judge Ashmanskas issued a Findings and Recommendation [10] in this action that recommended that the final decision of the Commissioner of Social Security denying plaintiff's application for Disability Insurance Benefits ("DIB") under Title II and Supplemental Security Income ("SSI") under Title XVI of the Social Security Act should be affirmed.

1 - ORDER

No objections were filed to this Findings and Recommendation, and the case was referred to me. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

## **CONCLUSION**

The Magistrate Judge's Findings and Recommendation [10] is adopted. The Commissioner's final decision denying plaintiff Cathleen Fortson's application for DIB and SSI is affirmed.

IT IS SO ORDERED.

Dated this  20  day of November, 2007.

                                                            /s/ Ancer L. Haggerty
                                                             Ancer L. Haggerty
                                             United States District Judge